IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN JAMES KOHUTE,         )<br>     ID #156767,                    )<br>                                        )<br>          Plaintiff,                  )<br>                                        )<br> VS.                                    )<br>                                        )<br> WWW.YELLOWBOOK.COM, ET AL.,  )<br>                                        )<br>          Defendants.              ) | CIVIL ACTION NO.<br><br>3:25-CV-0749-G-BW |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Complaint for a Civil Case, received on March 27, 2025 (docket entry 3), will be summarily dismissed as barred by 28 U.S.C. § 1915(g) by separate judgment.

**SO ORDERED**.

May 5, 2025.

/s/ A. Joe Fish
**A. JOE FISH**
**Senior United States District Judge**

- 2 -